FILED
2026 Sep-08 PM 01:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHRISTINA KOESTER,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **2:26-cv-1303-ACA** |
| | ] | |
| **AESTO LLC,** | ] | |
| | ] | |
| **Defendant.** | ] | |

| | | |
|---|---|---|
| **EMILY JACKSON,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **2:26-cv-1338-ACA** |
| | ] | |
| **AESTO LLC,** | ] | |
| | ] | |
| **Defendant.** | ] | |

| | | |
|---|---|---|
| **SALLY SIBTHORPE,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **2:26-cv-1367-ACA** |
| | ] | |
| **AESTO LLC,** | ] | |
| | ] | |
| **Defendant.** | ] | |

| | | |
|---|---|---|
| **NATALIE NGUYEN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AESTO LLC,**<br><br>**Defendant.** | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | **2:26-cv-1373-ACA** |
| **DANY McDANIEL,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AESTO LLC,**<br>**GENESIS OB/GYN PLLC,**<br><br>**Defendants.** | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | **2:26-cv-1547-JHE** |
| **JOHN DOE**, *on behalf of minor child Jane Doe*,<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AESTO LLC,**<br>**EVERSIDE HEALTH LLC,**<br><br>**Defendants.** | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | **2:26-cv-1549-MHH** |
| **SONJA CHALMERS,**<br><br>**Plaintiff,** | ]<br>]<br>] | |

| | | |
|---|---|---|
| **v.** | ] | **2:26-cv-1553-ACA** |
| **AESTO LLC, UNIVERSITY SURGICAL ASSOCIATES, PLLC,** | ] | |
| **Defendants.** | ] | |

---

| | | |
|---|---|---|
| **FRED SHATZOFF,** | ] | |
| **Plaintiff,** | ] | |
| **v.** | ] | **2:26-cv-1555-ACA** |
| **AESTO LLC, ALLIED HEALTH MSO HOLDCO LLC,** | ] | |
| **Defendants.** | ] | |

---

| | | |
|---|---|---|
| **TYLER HERRERA,** | ] | |
| **Plaintiff,** | ] | |
| **v.** | ] | **2:26-cv-1556-ACA** |
| **AESTO LLC, GILA HEALTH RESOURCES,** | ] | |
| **Defendants.** | ] | |

---

| | | |
|---|---|---|
| **MEGAN POLLARD,** | ] | |
| **Plaintiff,** | ] | |
| **v.** | ] | **2:26-cv-1557-ACA** |

**AESTO LLC, SHENANDOAH VALLEY MEDICAL SYSTEM, INC.,**

**Defendants.**

---

**VICTORIA REYES, ANGEL RODRIGUEZ,**

**Plaintiffs,**

**v.** **2:26-cv-1558-ACA**

**AESTO LLC, VILLAGE PRACTICE MANAGEMENT COMPANY LLC,**

**Defendants.**

---

**CHRISTENE VOGEL, ELISABETH BAXTER,**

**Plaintiffs,**

**v.** **2:26-cv-1559-ACA**

**AESTO LLC, LONE STAR COMMUNITY HEALTH CENTER, INC.,**

**Defendants.**

---

**MELISSA McCLUSKEY,**

**Plaintiff,**

**v.** **2:26-cv-1560-ACA**

| | | |
|---|---|---|
| **AESTO LLC, NORTH FLORIDA WOMEN'S CARE PA,**<br><br>**Defendants.** | ]<br>]<br>]<br>] | |

---

| | | |
|---|---|---|
| **NICHOLAS HITZ, MELINDA BOWMAN,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**AESTO LLC, NEBRASKA ORTHOPAEDIC CENTER PC,**<br><br>**Defendants.** | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | **2:26-cv-1561-ACA** |

---

| | | |
|---|---|---|
| **BRANDON LOTT, MARIA RODRIGUEZ,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**AESTO LLC,**<br><br>**Defendant.** | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | **2:26-cv-1576-ACA** |

---

| | | |
|---|---|---|
| **KYRA WILSON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AESTO LLC, MARANA HEALTH CENTER INC.,** | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | **2:26-cv-1583-ACA** |

| | | |
|---|---|---|
| **Defendants.** | ] ] | |
| **VERBALENE SIMPSON, JOHN PASCHALL,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**AESTO LLC, MMURFREESBORO MEDICAL CLINIC PA,**<br><br>**Defendants.** | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | **2:26-cv-1584-ACA** |

**ORDER**

In *Koester v. Aesto LLC*, Case No. 26-1303, and *Jackson v. Aesto LLC*, Case No. 26-1338, the plaintiffs moved to consolidate four specifically identified actions "as well as any subsequently filed or transferred actions arising from the same subject matter." (*Koester* doc. 10 at 1; *Jackson* doc. 10 at 1). The court has received a total of seventeen actions against Aesto LLC (among other defendants), all related to the same data breach: Case Nos. 26-1303, 26-1338, 26-1367, 26-1373, 26-1547, 26-1549, 26-1553, 26-1555, 26-1556, 26-1557, 26-1558, 26-1559, 26-1560, 26-1561, 26-1576, 26-1583, and 26-1584. The court **GRANTS** the motion to consolidate and **CONSOLIDATES** the seventeen actions listed above.

**The court instructs the parties to submit filings in these cases in accordance with the following instructions. The court may strike any filing that does not comply with these instructions.**

1. When a filing relates to all cases in this consolidated action, the parties should file it only in the lead case of *Koester v. Aesto LLC*, Case No. 26-1303, with the words "This Document Relates to All Cases" in the caption. The filing will then automatically be spread to the other consolidated actions.
2. When a filing relates only to a specific case, the parties should file it only in that case, with the words "This Document Relates Only to Case No. [provide the individual case number]" in the caption.

The motions filed in *Koester* and *Jackson* also seek appointment of interim class counsel. (*Koester* doc. 10 at 3; *Jackson* doc. 10 at 3). The court **DEFERS** ruling on that motion.

**DONE** and **ORDERED** this September 8, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE