FILED
2026 Sep-15 PM 12:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHRISTINA KOESTER,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **2:26-cv-1303-ACA** |
| | ] | |
| **AESTO LLC,** | ] | **This Document Relates to All Cases** |
| | ] | |
| **Defendant.** | ] | |

## ORDER

The court **GRANTS** the unopposed motion to appoint interim class counsel. (*See* docs. 10, 20). Pursuant to Federal Rule of Civil Procedure 23(g), the court **APPOINTS** Jonathan S. Mann of Pittman, Dutton, Hellums, Bradley & Mann as interim co-lead class counsel.

The court **DIRECTS** defendants to file a responsive pleading **on or before October 31, 2026.**

**DONE** and **ORDERED** this September 15, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE