FILED
2026 Oct-29 PM 05:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CHRISTINA KOESTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AESTO, LLC d/b/a AESTO HEALTH,<br><br>Defendant. | Case No. 2:26-cv-01303-ACA<br><br>This Document Relates to All Cases |

**JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINES AND MOTION TO SET STATUS CONFERENCE**

Plaintiffs, individually and on behalf of all others similarly situated, and Defendants Aesto, LLC d/b/a Aesto Health, Murfreesboro Medical Clinic, P.A., Nebraska Orthopaedic Center, P.C., Genesis OB/GYN, PLLC d/b/a Genesis OBGYN, Lone Star Community Health Center, Inc. d/b/a Lone Star Family Health Center, Everside Health, LLC, Village Practice Management Company, LLC d/b/a Village MD, Shenandoah Valley Medical System, Inc. d/b/a Shenandoah Community Health, and University Surgical Associates, PLLC (together, the “Parties”), respectfully move the Court to (1) extend all Defendants’ responsive pleading deadlines until thirty (30) days after Plaintiffs file a consolidated complaint, and (2) schedule a Status Conference under Federal Rule of Civil Procedure 16 to

address case management and the status of the litigation. In support, the Parties state as follows:

1. On August 5, 2026, Plaintiffs moved to consolidate the related actions and appoint interim class counsel. (*See* Doc. 10).

2. On September 8, 2026, the Court consolidated seventeen (17) related actions under the lead docket captioned above. (*See* Doc. 21).

3. On September 15, 2026, the Court appointed the undersigned as Interim Lead Class Counsel for Plaintiffs and ordered all Defendants to file responsive pleadings by October 31, 2026. (*See* Doc. 25).

4. Since then, counsel for numerous Defendants have asked Plaintiffs' counsel for extensions of their responsive pleading deadlines.

5. Given the number of parties already in this consolidated action, the additional parties expected to join through new or transferred actions, and Defendants' ongoing investigations into the underlying facts, Plaintiffs do not oppose an extension of the October 31, 2026, deadline until thirty (30) days after Plaintiffs file a consolidated complaint.

6. To conserve the resources of the Parties and the Court and to promote judicial economy, the Parties request that the Court extend all Defendants' responsive pleading deadlines until thirty (30) days after Plaintiffs file a consolidated complaint.

7. The Parties also request that the Court schedule a Status Conference within thirty (30) days to address (a) the timing of Plaintiffs' filing of a consolidated complaint; (b) case management, including whether an additional case management order should govern related cases not yet filed, transferred, or consolidated; and (c) the status of other related filings, service, and appearances.

8. Because Defendants and their counsel are located across the country, the Parties request that the Status Conference be conducted in a hybrid format, with out-of-state counsel permitted to appear virtually or by telephone.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and (1) extend all Defendants' responsive pleading deadlines until thirty (30) days after Plaintiffs file a consolidated complaint, and (2) schedule a Status Conference within thirty (30) days.

Dated: October 29, 2026

Respectfully submitted,

*/s/ Jon Mann*

Jonathan S. Mann (ASB-1083-A36M)
**PITTMAN, DUTTON, HELLUMS, BRADLEY & MANN, P.C.**
2001 Park Place North, Suite 110
Birmingham, AL 35203
Tel: 205-322-8880
Email: jonm@pittmandutton.com

*Interim Lead Counsel for Plaintiffs and the Proposed Classes*

*/s/ Erin Bolan Hines*
Erin Bolan Hines (*pro hac vice*)
**COZEN O'CONNOR**
123 North Wacker Drive
Suite 1800, Chicago, IL 60606
Tel: 312-474-4491
Email: ebolanhines@cozen.com

David A. Terry (AL Bar # 1031T42R)
**COZEN O'CONNOR**
1230 Peachtree Street NE, Suite 400
Atlanta, GA 30309
Tel: 404-572-2130
Email: dterry@cozen.com

*Counsel for Defendant Aesto, LLC d/b/a Aesto Health*

*/s/ Caroline Dean*
Caroline Dean (AL Bar # 0816D13M)
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.**
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203
Tel: 205-328-0480
Email: cdean@bakerdonelson.com

*Counsel for Defendants Murfreesboro Medical Clinic, P.A. and Nebraska Orthopaedic Center, P.C.*

*/s/ Starr T. Drum*
Starr T. Drum (ASB-4015-N74T)
Xeris E. Gregory (ASB-9536-C31E)
**POLSINELLI PC**
2000 Southbridge Parkway, Suite 301
Birmingham, AL 35209
sdrum@polsinelli.com
xgregory@polsinelli.com

*Counsel for Defendants Lone Star Community Health Center, Inc. d/b/a Lone Star Family Health Center and Genesis OB/GYN, PLLC d/b/a Genesis OBGYN*

*/s/ Emily J. Tidmore*
Michael T. Sansbury (SAN 054)
Emily J. Tidmore (VAN 041)
**SPOTSWOOD SANSOM & SANSBURY LLC**
505 20th Street North, Suite 700
Birmingham, AL 35203
Phone (205) 986-3620
Fax (205) 986-3639
msansbury@spotswood.com
etidmore@spotswood.com

*Counsel for Defendants Everside Health, LLC and Village Practice Management Company, LLC d/b/a Village MD*

*/s/ Joseph R. Duncan, Jr.*
Joseph R. Duncan, Jr.
**HAND ARENDALL HARRISON SALE LLC**
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Tel: (205) 324-4400
jduncan@handfirm.com

*Counsel for Defendant Shenandoah Valley Medical System, Inc. d/b/a Shenandoah Community Health*

*/s/ Andrew Boyer*
Andrew Boyer
**SHOOK HARDY & BACON, LLP**
1230 Peachtree Street Northeast, Suite 1200
Atlanta, GA 30309
Tel: 470-867-6000
Email: aboyer@shb.com

*Counsel for Defendant University Surgical Associates, PLLC*

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

David A. Terry (AL Bar # 1031T42R)
**COZEN O'CONNOR**
1230 Peachtree Street NE, Suite 400
Atlanta, GA 30309
Tel: 404-572-2130
Email: dterry@cozen.com

Erin Bolan Hines (*pro hac vice*)
**COZEN O'CONNOR**
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: 312-474-4491
Email: ebolanhines@cozen.com

*Counsel for Defendant Aesto, LLC d/b/a Aesto Health*

Michael T. Sansbury (SAN 054)
Emily J. Tidmore (VAN 041)
**SPOTSWOOD SANSOM & SANSBURY LLC**
505 20th Street North, Suite 700
Birmingham, AL 35203
Phone (205) 986-3620
Fax (205) 986-3639
msansbury@spotswood.com
etidmore@spotswood.com

*Counsel for Defendants Everside Health, LLC and Village Practice Management Company, LLC d/b/a Village MD*

Andrew Boyer
**SHOOK HARDY & BACON, LLP**
1230 Peachtree Street Northeast, Suite 1200
Atlanta, GA 30309
Tel: 470-867-6000
Email: aboyer@shb.com

*Counsel for Defendant University Surgical Associates, PLLC*

Caroline Dean
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.**
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203
Tel: 205-328-0480
Email: cdean@bakerdonelson.com

*Counsel for Defendants Murfreesboro Medical Clinic, P.A.*
*and Nebraska Orthopaedic Center, P.C.*

Starr T. Drum
Xeris E. Gregory
**POLSINELLI PC**
2000 Southbridge Parkway, Suite 301
Birmingham, AL 35209
sdrum@polsinelli.com
xgregory@polsinelli.com

*Counsel for Defendants Lone Star Community Health Center, Inc. d/b/a Lone Star Family Health Center and Genesis OB/GYN, PLLC d/b/a Genesis OBGYN*

Joseph R. Duncan, Jr.
**HAND ARENDALL HARRISON SALE LLC**
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Tel: (205) 324-4400
jduncan@handfirm.com

*Counsel for Defendant Shenandoah Valley Medical System, Inc. d/b/a Shenandoah Community Health*

I also hereby certify that on October 29, 2026, I sent a true and correct copy of the foregoing to the following via electronic mail:

Weathers Veazey Rollings
**GORDON REES SCULLY MANSUKHANI**
505 20th Street North, Suite 1650
Birmingham, AL 35203
Tel: 205-980-8200
Email: wrollings@grsm.com

*Counsel for Defendant Allied Health MSO Holdco, LLC*

Michelle Crunk
**LLOYD GRAY WHITEHEAD & MONROE, P.C.**
880 Montclair Road, Suite 100
Birmingham, AL 35213
Email: mcrunk@lgwmlaw.com

*Counsel for Defendant Gila Health*

Andrew Boyer
**SHOOK HARDY & BACON, LLP**
1230 Peachtree Street Northeast, Suite 1200
Atlanta, GA 30309
Tel: 470-867-6000
Email: aboyer@shb.com

*Counsel for Defendant North Florida Women's Care*

I also hereby certify that on October 29, 2026, I sent a true and correct copy of the foregoing to the following via certified mail:

Marana Health Center, Inc.
c/o Michael R. Urman
13395 N. Marana Main Street
Marana, AZ 85653-7008

*/s/ Jon Mann*
*Interim Lead Counsel for Plaintiffs*
*and the Proposed Classes*